**DISMISS and Opinion Filed July 10, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00500-CV

### CGI CONSTRUCTION, INC., Appellant
### V.
### VV SERVICES LP D/B/A PIVOT BUILDING SERVICES, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16221**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Before the Court is appellant's unopposed motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

180500F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

CGI CONSTRUCTION, INC., Appellant

No. 05-18-00500-CV        V.

VV SERVICES LP D/B/A PIVOT
BUILDING SERVICES, Appellee

On Appeal from the 95th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-16221.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee VV SERVICES LP D/B/A PIVOT BUILDING SERVICES recover its costs of this appeal from appellant CGI CONSTRUCTION, INC.

Judgment entered July 10, 2018.